Alice L. Ferris, Appellant, *v.* Phœnix Mutual Life Insurance Company, Respondent, and The National Bank of Geneva, Appellant.

(Argued January 8, 1935; decided January 22, 1935.)

*W. S. O'Brien* for defendant-appellant.

*Edward P. Murphy* and *James R. Hanlon* for plaintiff-appellant.

*James M. Ryan* and *Lansing S. Hoskins* for defendant-respondent.

Judgment affirmed, with costs against appellant, National Bank of Geneva. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.